THE STATE OF TEXAS
 September 19, 2007

 TO THE SHERIFF OF HARRIS COUNTY, TEXAS, GREETINGS:
 WHEREAS, Stephanie Ann Bourg, Relator, has made application to The
Honorable Supreme Court of Texas for a Writ of Habeas Corpus, alleging that
she is illegally restrained of her liberty by you in said Harris County,
Texas by virtue of certain process issued by the 245th District Court of
Harris County, Texas and
 WHEREAS, pursuant to Tex. R. App. P. 52.8(b)(3), The Honorable Supreme
Court of Texas is of the tentative opinion that a serious question
concerning the relief requires further consideration, and the Court orders
the following:
 CASE NO. 07-0714; IN RE STEPHANIE ANN BOURG

 Relator's petition for writ of habeas corpus filed on September
 7, 2007, in the above numbered and entitled cause having been duly
 considered in chambers, it is ordered that Relator be released on bail
 pending final disposition of this case.
 Relator will be admitted to bail upon her giving of a good and
 sufficient bond, conditioned as required by law, in the sum of TWO
 HUNDRED AND FIFTY DOLLARS ($250.00).

 NOW THEREFORE, you are hereby commanded to admit to bail, Stephanie
Ann Bourg, conditioned upon the bond of said applicant in the sum of TWO
HUNDRED AND FIFTY DOLLARS ($250.00), in the terms and conditions of the
law, that she will appear and abide by the decision of the Supreme Court of
Texas, which bond you will approve in your official capacity and forward a
copy thereof to the Clerk of this Court.

 THESE ARE THEREFORE TO COMMAND YOU to obey the foregoing and in all
things.
 HEREIN FAIL NOT under the penalties prescribed by law.
 BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS

 with the Seal thereof annexed at the
 City of Austin, this 19th day of
 September, 2007.

 BLAKE HAWTHORNE, CLERK
 SUPREME COURT OF TEXAS

 *********************